Filed 6/24/16  P. v. Walters CA4/1
## NOT TO BE PUBLISHED IN OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>VINCENT L. WALTERS,<br><br>    Defendant and Appellant. | D069197<br><br><br><br>(Super. Ct. No. SCD260844) |

APPEAL from a judgment of the Superior Court of San Diego County, Frederic L. Link, Judge.  Affirmed.

Richard L. Fitzer, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

Vincent L. Walters appeals a judgment following his guilty plea to one count of murder (Pen. Code, § 187, subd. (a)) and two counts of kidnapping for ransom (§ 209, subd. (a)).

FACTUAL AND PROCEDURAL BACKGROUND

In April 2015, an information charged Walters with one count of conspiracy to commit kidnapping for ransom (§ 182, subd. (a)(1)), three counts of kidnapping for ransom (§ 209, subd. (a)), and one count of murder (§ 187, subd. (a)). It also alleged that, in committing the three kidnapping-for-ransom offenses, he was armed with a firearm (§ 12022, subd. (a)(1)).

In October, pursuant to a plea agreement, Walters pleaded guilty to the first degree murder of Kristine Reyes (§ 187, subd. (a)) (count 5) and the kidnapping for ransom of Michael Provencio and Danny Johnson (§ 209, subd. (a)) (counts 2 & 3). His plea form stated that he was induced to plead guilty by the stipulated total prison term of 32 years to life in prison and dismissal of the remainder of the counts and allegations. As part of his guilty plea, Walters waived his right to appeal that stipulated sentence. The trial court questioned Walters regarding the plea agreement and waiver of his constitutional rights, found a factual basis for his plea, and accepted his guilty plea and admissions. Walters admitted he willfully murdered Reyes with premeditation and deliberation and he kidnapped for ransom Michael Provencio and Danny Johnson. The court dismissed the remainder of the counts and allegations against him. At sentencing, the court imposed the stipulated total sentence of 32 years to life in prison.

Walters timely filed a notice of appeal. The trial court denied his request for a certificate of probable cause.

## DISCUSSION

Walters's appointed counsel has filed a brief summarizing the facts and proceedings below. Counsel presents no argument for reversal of the judgment, but asks this court to review the record for error as mandated by *People v. Wende* (1979) 25 Cal.3d 436 and *Anders v. California* (1967) 386 U.S. 738. To assist our review, counsel cites *Anders v. California* and refers to whether Walters's plea was voluntary and whether counsel provided effective assistance.

We granted Walters permission to file a supplemental brief on his own behalf, but he has not responded. A review of the record pursuant to *People v. Wende*, *supra*, 25 Cal.3d 436 and *Anders v. California*, *supra*, 386 U.S. 738 has disclosed no reasonably arguable appellate issues. Walters has been competently represented by counsel on this appeal.

## DISPOSITION

The judgment is affirmed.

McDONALD, Acting P. J.

WE CONCUR:

O'ROURKE, J.

Prager, J.*

---

\* Judge of the San Diego Superior Court, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.